IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CRYSTAL PATTERSON,<br>Parent and Next Friend of E.L.[1]<br>1818 41st Place, SE,<br>Washington, D.C. 20020<br><br>                Plaintiffs,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA<br>A MUNICIPAL CORPORATION<br>One Judiciary Square<br>441 4th Street, N.W<br>Washington, D.C. 20001<br><br>To serve:<br><br>Muriel Bowser, Mayor<br>District of Columbia<br>441 4th Street, N.W., 6th Floor<br>Washington, D.C. 20004<br><br>And<br><br>Karl A. Racine<br>Attorney General<br>District of Columbia<br>441 4th Street, 6th Floor<br>Washington, D.C. 20004 | Civil Action No. _____ |

## COMPLAINT

**COMES NOW**, the Plaintiffs, Crystal Patterson and her minor child E.L, by and through their counsel, Domiento C.R. Hill and the Law Offices of Domiento C.R. Hill, LLC, respectfully unto this Honorable Court state as follows:

---

[1] The minor will be referred to as E.L, pursuant to LCvR 5.4(f)(2).

## PRELIMINARY STATEMENT

1. This is an action for reimbursement of attorneys' fees and costs incurred by the Plaintiffs in their claims against the Defendant District of Columbia pursuant to the Individuals with Disabilities Education Act Act, 20 U.S.C. §§ 1400 *et seq.* ("IDEIA").

2. The Plaintiffs, the prevailing parties in the underlying administrative action, brought under the IDEIA on their behalf, reside in the District of Columbia, and seek an order from the Court ordering the reimbursement of their reasonable attorneys' fees incurred in that action.

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to:

    a. The Individuals with Disabilities Education Act, 20 U.S.C. § § 1400-1461 "IDEA").

    b. Declaratory Relief is authorized by 28 U.S.C. § § 2201 and 2202.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## PARTIES

5. Plaintiff Crystal Patterson is the parent of a minor student who has been deemed eligible to receive special education and its related services from the District of Columbia.

6. Plaintiff E.L. is a minor student who has been deemed eligible to receive special education and its related services from Defendant District of Columbia ("Defendant").

7. The Plaintiffs, at all times relevant to the filing of this action, have been residents of the District of Columbia and were the prevailing party in an administrative due process convened pursuant to the IDEA against the Defendant.

8. At all times relevant to the filing of this complaint, the Plaintiffs were represented by the Law Office of Domiento C.R. Hill, LLC ("Domiento C.R. Hill, LLC"), a law firm which specializes in special education law.

9. The Defendant is a municipal corporation that receive federal funds pursuant to the IDEA, *see* 20 U.S.C. § 1411, in exchange for providing a free and appropriate public education ("FAPE"), and is obliged to comply with the applicable federal regulations and statutes, including but not limited to, the IDEA. *See also* § 1412(a)(1)(A).

## FACTUAL ALLEGATIONS

10. On or about June 20, 2019, Crystal Patterson and E.L. brought an administrative action alleging that the Defendant denied E.L. a FAPE by: (1) failing to implement the student's Individualized Education Program; (2) by failing to involve the parent with meaningful participation in the placement and location of services decision making process; and (3) by failing to provide the student with an appropriate placement and location of services.

11. On September 28, 2019, following several days of an evidentiary hearing, a Hearing Officer's Determination ("HOD") was issued in favor of Crystal Patterson and E.L. making them the prevailing parties in those proceedings.

12. Plaintiffs prevailed as that term is defined in law, and Plaintiffs incurred reasonable attorney's fees and costs in the amount of $82,086.54.

## COUNT I
(Claim for Reasonable Attorneys' Fees and Costs)

13. Plaintiffs reincorporate and re-allege paragraphs 1-12.

14. The Plaintiffs were the prevailing parties, in an administrative action against the Defendant under the IDEA.

15. As prevailing parties, the Plaintiffs are eligible to be awarded reasonable attorneys' fees by the Court under 20 U.S.C. § 1415 (i)(3)(B)(i)(1).

16. The amount of attorneys' fees "shall be based on rates prevailing in the community in which the action arose for the kind and quality of services furnished." 20 U.S.C. § 1415 (i)(3)(C).

17. The IDEA and this Court allow for the recovery of reasonable costs associated with claims brought by prevailing parties such as the Plaintiffs herein.

PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs respectfully requests that this Court:

18. Declare that they are the prevailing parties under the IDEA and are therefore entitled to recovery of reasonable attorneys' fees and costs;

19. Order the Defendant to pay Plaintiffs the sum of $82,086.54, reasonable attorneys' fees and costs for work on behalf of Crystal Patterson and E.L.;

20. Award Plaintiffs reasonable attorneys' fees and costs for litigation associated with this Complaint, to be determined upon the timely submission of a fee petition to this Court; and

21. Award Plaintiff any other relief that this Court deems just and proper.

Respectfully submitted,

Domiento C.R. Hill, Esq.
Law Offices of Domiento C.R. Hill, LLC
14652 Hawley Lane
Upper Marlboro, MD
Email: TheHillLawGroup@gmail.com
DC Bar Number: [MD 14973]
**Counsel for Plaintiffs**